```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

BELINDA WALKER                                              PLAINTIFF

VS.                                  CIVIL ACTION NO.3:05CV495TSL-JCS

EATON AEROSPACE, LLC                                        DEFENDANT

<u>JUDGMENT</u>

For the reasons set forth in this court's memorandum opinion and order of this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 21st day of December, 2006.


                                     /s/ Tom S. Lee
                                     UNITED STATES DISTRICT JUDGE